GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, New Jersey 08625
Attorney for Defendants Department of Community Affairs, Division of Housing and Community Resources, and Housing Assistance Programs

By: Dominic L. Giova (208122016)
     Deputy Attorney General
     (609) 376-2955
     Dominic.Giova@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| LAURA RAMOS AND CYNTHIA BAKER, | HON. LOIS H. GOODMAN, U.S.M.J. |
| Plaintiffs, | |
| v. | Civil Action No. |
| | 3:16-01938 (BRM)(LHG) |
| HABITAT FOR HUMANITY INTERNATIONAL, HABITAT FOR HUMANITY RARITAN VALLEY CHAPTER, NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | **ORDER** |
| Defendants. | |

This matter having come before the Court on motion of Gurbir S. Grewal, Attorney General of

New Jersey, by Dominic L. Giova, Deputy Attorney General, on behalf of Defendants,

Department of Community Affairs, Division of Housing and Community Resources, and

Housing Assistance Programs, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown:

IT IS on this 12TH day of December, 2018;

ORDERED that a briefing schedule, consented upon by the parties, shall occur on the following dates:

(1) Defendants, Department of Community Affairs, Division of Housing and Community Resources, and Housing Assistance Programs, shall file their answers or responsive motions by January 7, 2019;

(2) Plaintiffs shall file an omnibus opposition to any motions by February 6, 2019;

(3) Defendants, Department of Community Affairs, Division of Housing and Community Resources, and Housing Assistance Programs, shall file any reply papers by February 19, 2019.

Hon. Lois H. Goodman, U.S.M.J.
United States Magistrate Judge